UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY LEE RHODES,<br><br>    Plaintiff,<br><br>v.<br><br>J. RUIZ, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00942-JLT (PC)<br><br>**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY SHERIFF**<br><br>(Doc. 2) |

Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by section 1915(a). Accordingly, the Court ORDERS:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is GRANTED.
2. **The Fresno County Sheriff or his designee shall collect payments from Plaintiff's inmate trust account in an amount equal to 20 percent of the preceding month's income credited to the account, and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**
3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Fresno County Sheriff.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: **June 23, 2021**              **/s/ Jennifer L. Thurston**
                                       CHIEF UNITED STATES MAGISTRATE JUDGE