# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY LEE RHODES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH RUIZ, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00942 JLT-CDB (PC)<br><br>**ORDER REASSIGNING THE ACTION**<br><br>**New Case No. 1:21-cv-00942-CDB** |

All parties have indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).  (Docs. 5, 32.)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Christopher D. Baker for all further proceedings.  All further papers filed in this action shall bear the new case number: **1:21-cv-00942-CDB**.

IT IS SO ORDERED.

　Dated: __October 16, 2023__

　　　　　　　　　　　　　　　　　　　　　_Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE