UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY LEE RHODES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH RUIZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00942-CDB (PC)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME**<br><br>(Doc. 47)<br><br>**ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER** |

Plaintiff Percy Lee Rhodes is a proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

### I.    INTRODUCTION

The Court issued its Discovery and Scheduling Order on October 3, 2023. (Doc. 30.) In its Order issued January 10, 2024, the Court extended the deadlines for the filing of an exhaustion motion, the completion of discovery, and the filing of dispositive motions. (*Id*. at 2-3.) Relevant here, the discovery deadline was reset to September 1, 2024, and the dispositive motion deadline was reset to November 10, 2024. (*Id*. at 3.)

Thereafter, at Plaintiff's request and in the absence of opposition by Defendants, this action was stayed for 90 days beginning January 10, 2024. (*See* Doc. 44.) On April 10, 2024, the Court issued its Order Lifting Previously Imposed Stay of Proceedings. (Doc. 45.)

//

On August 2, 2024, Plaintiff filed a document titled "Order and Motion Request for 45 Day [Extension] Under Rule 16 with Good Cause to Move the Court." (Doc. 47.) Plaintiff states he underwent emergency bladder surgery at Community Regional Medical Center on July 25, 2024. (*Id*.) Plaintiff indicates his present recovery, "as well as his future [surgery]," will affect the September 1, 2024, deadline for the completion of discovery. (*Id*.) Plaintiff states he "will submit his discovery report with the documents, the exhibits, and the witnesses noted, for [prosecution]" in the event the Court denies his request, or any party should oppose it. (*Id*.)

The Court finds a response by Defendants to be unnecessary.

## II.  DISCUSSION

The Court will modify the remaining discovery deadlines, extending the deadline for the completion of discovery and for the filing of dispositive motions by 45 days.

Plaintiff is reminded that "[d]iscovery requests and responses shall not be filed with the Court unless required" by the Court or by the Local Rules concerning a pending discovery motion. (*See* Doc. 30 at 1.) Therefore, any responses to discovery requests propounded by Defendants should be provided to Defendants rather than the Court unless any party files a discovery motion. This Court will not serve as a repository for Plaintiff's evidence. Evidence should not be submitted to the Court until this action reaches an appropriate stage in litigation for the submission of evidence, such as in support of or response to a motion for summary judgment, at trial, or when specifically requested by the Court. This matter will not be set for trial until any motion for summary judgment is resolved, or, if a summary judgment motion is not filed, until after expiration of the dispositive motion filing deadline.

## III.  CONCLUSION AND ORDER

Accordingly, for good cause shown, the Court **ORDERS**:

1. Plaintiff's request for an extension of the deadline for the completion of discovery (Doc. 47) is **GRANTED**;
2. The Discovery and Scheduling Order is **MODIFIED** as follows:
   a. The deadline for the completion of discovery is extended from September 1, 2024, to **October 16, 2024**; and

   b.  The dispositive motion deadline is extended from November 10, 2024, to **December 25, 2024**.

IT IS SO ORDERED.

Dated:   **August 5, 2024**  

_____
UNITED STATES MAGISTRATE JUDGE